■ DEBORAH WILLIAMS, Respondent, v DAVID M. JAMES, M.D., et al., Defendants, and KALEIDA HEALTH SYSTEM, INC., et al., Appellants. [821 NYS2d 141]—Motion for reargument or leave

to appeal to the Court of Appeals denied. Present—Pigott, Jr., P.J., Hurlbutt, Scudder and Green, JJ.